**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie SWANN, Defendant–Appellant.**

**No. 07–6723.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2008.

Decided: March 31, 2008.

Willie Swann, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Swann appeals the district court's order denying his request for mandamus relief. Mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987). Our review discloses no error in the district court's decision denying Swann's request for mandamus relief. Accordingly, we affirm the district court's order. *United States v. Swann,* No. 1:90–cr–00166–

JFM (D.Md. Apr. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*